IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

14-cv-512-wmc

v.

ZIEGLER, PISCHKES, HANSON,
JAMES, MELBY, LIESER, MEISNER,
HAUTAMAKI, MORGAN, GREER,
ANDERSON, and DR. CORRELL ,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff Jackie Carter leave to proceed and dismissing his claims against Pischkes, Hanson, James, Melby, Lieser and Dr. Correll; and

(2) granting summary judgment in favor of Anderson, Greer, Hautamaki, Miesner, Morgan and Ziegler and dismissing this case.

| /s/ | 12/20/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |